# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No: 2:18-mn-2873-RMG |
| RAYMOND EVINS,<br><br>    *Plaintiff*,<br><br>v.<br><br>3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company);<br>AGC CHEMICALS AMERICAS INC.;<br>ALLSTAR FIRE EQUIPMENT;<br>AMEREX CORPORATION;<br>ARCHROMA U.S. INC.;<br>ARKEMA, INC.;<br>BASF CORPORATION;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CARRIER GLOBAL CORPORATION;<br>CB GARMENT, INC.;<br>CHEMDESIGN PRODUCTS, INC.;<br>CHEMGUARD, INC.;<br>CHEMICALS, INC.;<br>CHEMOURS COMPANY FC, LLC;<br>CHUBB FIRE, LTD;<br>CLARIANT CORP.;<br>CORTEVA, INC.;<br>DAIKIN AMERICA, INC.;<br>DEEPWATER CHEMICALS, INC.;<br>DU PONT DE NEMOURS INC. (f/k/a DOWDUPONT INC.);<br>DYNAX CORPORATION;<br>E.I. DU PONT DE NEMOURS AND COMPANY;<br>FIRE SERVICE PLUS, INC.;<br>FIRE-DEX, LLC;<br>GLOBE MANUFACTURING COMPANY LLC;<br>HONEYWELL SAFETY PRODUCT USA, INC.;<br>INNOTEX CORP.;<br>JOHNSON CONTROLS, INC.;<br>KIDDE PLC;<br>L.N. CURTIS & SONS;<br>LION GROUP, INC.; | DIRECT FILED ACTION:<br><br>Judge Richard Mark Gergel<br><br>Civil Action No.: 25-12474<br><br>**<u>SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL.</u>** |

| |
|---|
| MILLIKEN & COMPANY;<br>MINE RESPIRATOR COMPANY LLC f/k/a MINE SAFETY APPLIANCES CO., LLC;<br>MSA SAFETY INC.;<br>MUNICIPAL EMERGENCY SERVICES, INC.;<br>NARCOTE LLC d/b/a STEDFAST USA, INC.;<br>NATION FORD CHEMICAL COMPANY;<br>NATIONAL FOAM, INC.;<br>PBI PERFORMANCE PRODUCTS, INC.;<br>PERIMETER SOLUTIONS, LP;<br>RICOCHET MANUFACTURING CO., INC;<br>SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.;<br>SOUTHERN MILLS, INC. d/b/a TENCATE PROTECTIVE FABRICS;<br>THE CHEMOURS COMPANY;<br>TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company;<br>UNITED TECHNOLOGIES CORPORATION;<br>UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.);<br>VERIDIAN LIMITED;<br>W.L. GORE & ASSOCIATES INC.;<br>WITMER PUBLIC SAFETY GROUP,<br>DOES 1 through 100, inclusive.<br><br>    *Defendants.* |

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form

Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any Short Form Complaints filed by asserting a failure to plead allegations with specificity or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

### **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

### **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY f/k/a Minnesota Mining and Manufacturing Company; |
| Defendant 2 | AGC CHEMICALS AMERICAS INC.; |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT; |

| | |
|---|---|
| Defendant 4 | AMEREX CORPORATION; |
| Defendant 5 | ARCHROMA U.S. INC.; |
| Defendant 6 | ARKEMA, INC.; |
| Defendant 7 | BASF CORPORATION; |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY; |
| Defendant 9 | CARRIER GLOBAL CORPORATION; |
| Defendant 10 | CB GARMENT, INC.; |
| Defendant 11 | CHEMDESIGN PRODUCTS, INC.; |
| Defendant 12 | CHEMGUARD, INC.; |
| Defendant 13 | CHEMICALS, INC.; |
| Defendant 14 | CHEMOURS COMPANY FC, LLC; |
| Defendant 15 | CHUBB FIRE, LTD; |
| Defendant 16 | CLARIANT CORP.; |
| Defendant 17 | CORTEVA, INC.; |
| Defendant 18 | DAIKIN AMERICA, INC.; |
| Defendant 19 | DEEPWATER CHEMICALS, INC.; |
| Defendant 20 | DU PONT DE NEMOURS INC. (f/k/a DOWDUPONT INC.); |
| Defendant 21 | DYNAX CORPORATION; |
| Defendant 22 | E.I. DU PONT DE NEMOURS AND COMPANY; |
| Defendant 23 | FIRE SERVICE PLUS, INC.; |
| Defendant 24 | FIRE-DEX, LLC; |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC; |
| Defendant 26 | HONEYWELL SAFETY PRODUCT USA, INC.; |
| Defendant 27 | INNOTEX CORP.; |
| Defendant 28 | JOHNSON CONTROLS, INC.; |
| Defendant 29 | KIDDE PLC; |
| Defendant 30 | L.N. CURTIS & SONS; |
| Defendant 31 | LION GROUP, INC.; |
| Defendant 32 | MILLIKEN & COMPANY; |
| Defendant 33 | MINE RESPIRATOR COMPANY LLC f/k/a MINE SAFETY APPLIANCES CO., LLC; |
| Defendant 34 | MSA SAFETY INC.; |
| Defendant 35 | MUNICIPAL EMERGENCY SERVICES, INC.; |
| Defendant 36 | NARCOTE LLC d/b/a STEDFAST USA, INC.; |
| Defendant 37 | NATION FORD CHEMICAL COMPANY; |
| Defendant 38 | NATIONAL FOAM, INC.; |
| Defendant 39 | PBI PERFORMANCE PRODUCTS, INC.; |
| Defendant 40 | PERIMETER SOLUTIONS, LP; |
| Defendant 41 | RICOCHET MANUFACTURING CO., INC; |
| Defendant 42 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.; |
| Defendant 43 | SOUTHERN MILLS, INC. d/b/a TENCATE PROTECTIVE FABRICS; |
| Defendant 44 | THE CHEMOURS COMPANY; |

| | |
|---|---|
| Defendant 45 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company; |
| Defendant 46 | UNITED TECHNOLOGIES CORPORATION; |
| Defendant 47 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.); |
| Defendant 48 | VERIDIAN LIMITED; |
| Defendant 49 | W.L. GORE & ASSOCIATES INC.; |
| Defendant 50 | WITMER PUBLIC SAFETY GROUP, |
| Defendant 51 | DOES 1 through 100, Inclusive |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

   ☑ Diversity

   ☐ Federal Question

   ☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d) (11)

   ☐ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I - Defective Design
> Count II - Failure to Warn
> Count III - Negligence
> Count IV - Negligence Per Se
> Count V - Trespass and Battery
> Count VI - Strict Product Liability
> Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII - Concealment, Misrepresentation, and Fraud
> Count IX - Conspiracy
> Count X - Wrongful Death Count XI - Loss of Consortium
>
> <u>Other Causes of Action:</u>
>
> Count XII - _____
> Count XIII - _____
> Count XIV - _____
> Count XV - _____

Count XVI - _____
Count XVII - _____
Count XVIII - _____
Count XIX - _____
Count XX - _____
Others:

_____
_____
_____

### **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 10, 2025          By: */s/ Daniel Eliot Yaffe*
                                                    D. ELIOT YAFFE, OBA #19723
                                                    P. O. Box 890420
                                                    Oklahoma City, OK  73189
                                                    Telephone: (405) 632-6668
                                                    Facsimile: (405) 632-3036
                                                    elyaffe@fylaw.com
                                                    litstaff@fylaw.com
                                                    Attorney for Plaintiff